IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-mc-00106-NONE-CBS

IN RE: 2005 FORD F-150 TRUCK, 2005 TRAILS WEST HORSE TRAILER, $2,299.00 IN UNITED STATES CURRENCY, AND 2004 FORD EXPEDITION

_____

**ORDER DISMISSING CASE**
_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss Case, and the Court having read said motion and being fully advised in the premises, ORDERS that this case be dismissed.

DATED at Denver, Colorado, on November 20, 2013.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge